FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 23 2015

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDWIN OMAR GARCIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | No. CV 13-9182-DOC (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1 | IT IS THEREFORE ORDERED that Judgment be entered denying the
2 | petition and dismissing this action with prejudice.

4 | Dated: June 19, 2015

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge